O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-00634-AHM (FFMx) | Date | August 19, 2011 |
|---|---|---|---|
| Title | MESINDO POMPA v. TARGET CORPORATION, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Paul Alvarez | Jeffrey D. Wohl |
| James Patterson (via tel.) | |

**Proceedings:** JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [34] (non-evidentiary)

    Court and counsel confer over the proposed class notice. For reasons stated on the record, the Court grants the joint motion for preliminary approval subject to the parties filing revised proposed class notice as orally modified by the Court (*i.e.,* added a definitional paragraph; an example on how to calculate the proposed benefit to the average class member, name of the independent settlement administrator, etc.).

|  | : | 20 |
|---|---|---|
| | Initials of Preparer | SMO |