1    (Counsel listed on next page)

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MESINDO POMPA, individually and      No. CV-10-0634 AHM (FFMx)

12   on behalf of all others similarly    **[~~PROPOSED~~] ORDER GRANTING**
     situated,                            **APPROVAL OF CLASS ACTION**
13                                         **ATTORNEYS FEES AND COSTS**
                    Plaintiff,             **AND INCENTIVE AWARDS TO**
14                                         **CLASS REPRESENTATIVES**
          vs.                              **MESINDO POMPA AND TROY**
15                                         **KOOL**
     TARGET CORPORATION, and
16   DOES 1 through 50, Inclusive,         Date:        Monday, Feb. 13, 2012
                                           Time:        2:30 p.m.
17                  Defendants.            Courtroom:   14, 312 N. Spring St.,
                                                        Los Angeles, CA
18                                         Judge:       Hon. A Howard Matz

19

20

21

22

23

24

25

26

27

28

1    JEROME L. RINGLER (Cal. State Bar No. 059918)
2    PAUL ALVAREZ (Cal. State Bar No. 115350)
     RINGLER KEARNEY ALVAREZ, LLP
3    633 West Fifth Street, 28th Floor
     Los Angeles, California  90071
4    Telephone:  (213) 473-1900
     Facsimile:  (213) 473-1919
5    jringler@rkallp.com
6    palvarez@rkallp.com

7    Attorneys for Plaintiff Mesindo Pompa

8    GENE J. STONEBARGER (Cal. State Bar No. 209461)
     RICHARD D. LAMBERT (Cal. State Bar No. 251148)
9    STONEBARGER LAW
     A Professional Corporation
10   75 Iron Point Circle, Suite 145
     Folsom, California  95630
11   Telephone:  (916) 235-7140
     Facsimile:  (916) 235-7141
12   gstonebarger@stonebargerlaw.com
13   rlambert@stonebargerlaw.com

14   JAMES R. PATTERSON (Cal. State Bar No. 211102)
     ALISA A. MARTIN (Cal. State Bar No. 224037)
15   PATTERSON LAW GROUP, APC
     402 West Broadway, 29th Floor
16   San Diego, California  92101
     Telephone:  (619) 756-6990
17   Facsimile:  (619) 756-6991
     jim@pattersonlawgroup.com
18   alisa@pattersonlawgroup.com

19   Attorneys for Troy Kool

20   JEFFREY D. WOHL (Cal. State Bar No. 96838)
     RISHI N. SHARMA (Cal. State Bar No. 239034)
21   PAUL HASTINGS LLP
     55 Second Street, 24th Floor
22   San Francisco, California  94105
     Telephone:  (415) 856-7000
23   Facsimile:  (415) 856-7100
     jeffwohl@paulhastings.com
24   rishisharma@paulhastings.com
25
     Attorneys for Defendant Target Corporation
26
27
28

ORDER GRANTING FINAL APPROVAL
OF CLASS ACTION SETTLEMENT
U.S.D.C., C.D. Cal., No. CV-10-0634 AHM (FFMx)

On February 13, 2012, a hearing was held on the joint motion of Mesindo Pompa and Troy Kool (collectively, "Plaintiffs") and defendant Target Corporation ("Target") (collectively with Plaintiffs, the "Parties"), for final approval of their class settlement (the "Settlement") and for approval of payments to the Labor and Workforce Development Agency and the Settlement Administrator, as well as the joint motion of Plaintiffs for final approval of class action attorneys' fees and costs and incentive awards to class representatives Mesindo Pompa and Troy Kool.  The Parties have submitted their Settlement, which this Court preliminarily approved by its September 2, 2011, order (Docket No. 49) (the "Preliminary Approval Order") and subsequently amended on October 31, 2011 (Docket No. 51).  In accordance with the Preliminary Approval Order, Class Members have been given notice of the terms of the Settlement, including the attorneys' fees and costs and incentive awards to Plaintiffs, and the opportunity to object to it or exclude themselves from the Class and the Settlement.

The Court, having received and considered the Joint Application For Final Approval of Class Action Attorneys' Fees and Costs and Incentive Awards to Class Representatives Mesindo Pompa and Troy Kool, the supporting papers, and no objections thereto received , and having found the Settlement to be fair and reasonable and having Granted Final Approval to Class Action Settlement, with notice having been adequately given and all procedural safeguards preserved to the Class Members, the Court hereby adjudges the requested fees, costs and incentive payments to the class representatives to be fair and reasonable and HEREBY AWARDS AND ORDERS payment to be made as follows:

1. Payment to Class Counsel of $975,000 in class counsel fees as follows:

 (i) $487,500 to Ringler Kearney Alvarez, LLP; and

 (ii) $487,500 to Stonebarger Law, APC and Patterson Law Group, APC;

2. Reimbursement of costs and expenses to Class Counsel as follows:

 (i) $6,365.88  to Ringler Kearney Alvarez, LLP; and

    (ii)  $6,542.24 to Stonebarger Law; and

    (iii)  $27,878.80 to Patterson Law Group, APC;

  3.  Payment of incentive awards to the representative plaintiffs as follows:

    (i)  $10,000 to Mesindo Pompa; and

    (ii)  $10,000 to Troy Kool.


## **ORDER**

IT IS SO ORDERED.


Dated:  February 13, 2012.

A. Howard Matz, Judge
United States District Court